UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard Coleman

    v.                              Case No. 16-cv-498-LM

State of New Hampshire, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 18, 2017, for the reasons set forth therein. The complaint will proceed against defendant Dronsfield, Claims 1(d) and 4; and defendant Cormier, Claim 4. All other claims and defendants are hereby dismissed from this action.

    SO ORDERED.

                                              _____
                                              Landya B. McCafferty
                                              United States District Judge

Date: May 10, 2017

cc:   Richard Coleman, pro se