UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard Coleman

    v.                                    Case No. 16-cv-498-LM

State of New Hampshire, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 15, 2017, and deny Coleman's motion for default judgment (doc. no. 47) without prejudice to refiling.

_____
Landya B. McCafferty
United States District Judge

Date: January 8, 2018

cc: Richard Coleman, pro se
    Charles P. Bauer, Esq.
    Matthew Vernon Burrows, Esq.