UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE


Richard Coleman

     v.                              Case No. 16-cv-498-LM

State of New Hampshire, et al.


                            O R D E R

   No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 3, 2018, and deny Coleman's motion to amend (doc. no. 61), and deny as moot Coleman's motion to dismiss Dronsfield's objection to the motion to amend (doc. no. 71). "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                  _____
                                  Landya B. McCafferty
                                  United States District Judge

Date: April 30, 2018

cc: Richard Coleman, pro se
    Matthew Vernon Burrows, Esq.
    Charles P. Bauer, Esq.