UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard Coleman

    v.                                    Case No. 16-cv-498-LM

State of New Hampshire, et al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 16, 2018, and deny Coleman's request for summary judgment, grant Dronsfield's request for summary judgment, construe Coleman's "motions to deny" (doc. nos. 79, 88, and 103) as objections or replies, as may be appropriate, and terminate them as moot, and deny Dronsfield's motion to strike (doc. no. 97) as moot in light of the disposition of the motions for summary judgment. Coleman's motion to dismiss Dronsfield's objections (doc. no. 117) is denied as moot.

                                                      _____
                                                      Landya B. McCafferty
                                                      United States District Judge

Date: September 6, 2018

cc: Richard Coleman, pro se
    Counsel of Record