```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Richard Coleman

    v.                                          Case No. 16-cv-498-LM

State of New Hampshire, et al.

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 28, 2018, and deny Coleman's motion for default judgment (doc. no. 128). "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal). The clerk is directed to enter judgment and close the case.

                                                  _____
                                                  Landya B. McCafferty
                                                  Chief Judge

Date: January 31, 2019

cc: Richard Coleman, pro se
    Counsel of Record